◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASQUALE MUSSO, Appellant. [643 NYS2d 700]

As a result of his attack upon a former girlfriend and her friend, defendant pleaded guilty to the crimes of burglary in the first degree, aggravated sexual abuse in the second degree

and assault in the second degree. He was sentenced to concurrent terms of imprisonment of 5 to 15 years on the burglary and sexual abuse convictions and $2^{1}/3$ to 7 years on the assault conviction. Defense counsel seeks to be relieved of further representing defendant on the basis that there are no nonfrivolous issues that may be raised on appeal. Having reviewed the record, defense counsel's brief and defendant's *pro se* submission, we agree that there are no nonfrivolous issues that may be raised on appeal. Defendant entered a knowing, voluntary and intelligent plea of guilty to the subject crimes and the sentence imposed was not excessive under the circumstances presented. Accordingly, the judgment is affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 659).

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.